# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

GS HOLISTIC, LLC,

    Plaintiff,

v.     Case No. 3:22-cv-1355-TJC-JBT

MANDARIN VAPE & SMOKE, INC.,
LUTHER DAROUJ, BRETT ISAAC,
and JULIAN KASSAB,

    Defendants.

---

## **O R D E R**

Upon review of the Notice of Voluntary Dismissal With Prejudice (Doc. 7), filed on January 26, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. Plaintiff is directed to send Defendants a copy of this Order. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of January, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record